**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| ANTHONY M. RAASCH, | NO. 07-00419 |
| DEBTOR | JUDGE: Goldgar, |

### NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS

     As you know, our firm represents EverHome Mortgage Company in your Chapter 13 Case Number 07-00419.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  Accordingly, any information with which you provide this office can and may be used to collect that debt.

I have been informed by my client that you have failed to make payments as required

| | | |
|---|---|---|
| September 1, 2009 – May 1, 2010 regular monthly payment(s) at $1,405.18 each | = | $12,646.62 |
| September 1, 2009 – May 1, 2010 late charge(s) at $48.56 each | = | $437.04 |
| **TOTAL** | **=** | **$13,083.66** |

Respectfully submitted,

  /s/ Josephine J. Miceli
Attorney for **EverHome Mortgage Company**

Josephine J. Miceli ARDC# 06243494
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
10-038649

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**